# EXHIBIT 2



# United States of America
## United States Patent and Trademark Office

# PADDLE PALS

**Reg. No. 4,819,802**  
**Registered Sep. 22, 2015**  
**Int. Cl.: 28**  
**TRADEMARK**  
**PRINCIPAL REGISTER**

SPORT DIMENSION, INC. (CALIFORNIA CORPORATION)  
966 SANDHILL AVENUE  
CARSON, CA 90746

FOR: FLOATS FOR RECREATIONAL USE, NAMELY, PERSONAL FLOATATION DEVICES; SWIM FLOATS FOR RECREATIONAL USE, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-1-2014; IN COMMERCE 1-1-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-471,881, FILED 12-4-2014.

JILLIAN CANTOR, EXAMINING ATTORNEY



Director of the United States  
Patent and Trademark Office